**[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 1212.]**

MIAMI COUNTY BAR ASSOCIATION *v*. THOMPSON.

[Cite as *Miami Cty. Bar Assn. v. Thompson*, 1998-Ohio-547.]

(No. 96-1465—Submitted and decided May 7, 1998.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Nathan A. Thompson, a.k.a. Nathan Arnold Thompson, Attorney Registration No. 0020056, last known address in Beavercreek, Ohio.

{¶ 2} The court coming now to consider its order of April 2, 1997, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that Nathan A. Thompson, a.k.a. Nathan Arnold Thompson, be and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier case, see *Miami Cty. Bar Assn. v. Thompson* (1997), 78 Ohio St.3d 103, 676 N.E.2d 879.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____